

# Fourth Court of Appeals
## San Antonio, Texas

July 18, 2017

No. 04-17-00193-CR

Michael Jerome **BOYD,**
Appellant

v.

The **STATE** of Texas,
Appellee

From the 187th Judicial District Court, Bexar County, Texas
Trial Court No. 2016CR9887
Honorable Steve Hilbig, Judge Presiding

# O R D E R

    Appellant's motion for extension of time to file his brief is GRANTED. Appellant's brief was filed on July 17, 2017.

_____
Karen Angelini, Justice

    IN WITNESS WHEREOF, I have hereunto set my hand and affixed the seal of the said court on this 18th day of July, 2017.

_____
Luz Estrada
Chief Deputy Clerk